**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-1665**

———————

ELSIE B. CHURCH, widow of Sylvester Clark
Church,

Petitioner,

versus

DIRECTOR, OFFICE OF WORKERS' COMPENSATION
PROGRAMS, UNITED STATES DEPARTMENT OF LABOR,

Respondent.

———————

On Petition For Review of an Order of the Benefits Review Board.
(98-0046-BLA)

———————

Submitted:  July 20, 2000          Decided:  August 3, 2000

———————

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Cir-
cuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Elsie B. Church, Petitioner Pro Se.  Christian P. Barber, Jennifer
U. Toth, UNITED STATES DEPARTMENT OF LABOR, Washington, D.C., for
Respondent.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Elsie B. Church, widow of Sylvester Clark Church, seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C.A. §§ 901-945 (West 1994 & Supp. 2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. See Church v. Director, Office of Workers' Compensation Programs, BRB No. 99-601-BLA (B.R.B. Feb. 29, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2